UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TRACY M. BARRY, SARAH BARRY,
DENVER BARRY and JAMIE LEE
OLIVER,

    Plaintiffs,

v.                                                        Case No:  2:12-cv-174-Ftm-29SPC

KEVIN RAMBOSK and JUAN MANUEL
MUNIZ,

    Defendants.
_____/

## ORDER

    This matter comes before the Court on Plaintiffs' Response to the Court's Order to Show Cause (Doc. #38) filed on April 11, 2013.  In its Order to Show Cause (Doc. #36), the Court directed Plaintiffs to show cause why sanctions should not be imposed for failure to comply with the Court's order compelling the Defendants' requested discovery.  In their response, Plaintiffs indicate that they want to and intend to respond to the discovery requests, but are unable to because "we do not have our case records and documents which are in the possession of Colleen MacAlister [Plaintiffs' former attorney]."  (Doc. #38).  Plaintiffs request that the Court order Ms. MacAlister to turn over all case materials to Plaintiffs so that they may respond to the discovery requests.

    Plaintiffs' response gives no indication as to what steps Plaintiffs have taken to obtain the case file from Ms. MacAlister.  Plaintiffs should attempt on their own to obtain the case file prior to involving the Court.  Thus, the Court will direct Plaintiffs to inform the Court in writing what efforts they have made to obtain the file.

Plaintiffs previously filed a Section 1983 case against the Defendants in August 2008 (Case No. 2:08-cv-641).  In that case, as their counsel's Motion to Withdraw indicates, there were chronic problems related to responsiveness of her clients.  (Doc. #27).  Plaintiffs are employing the same tactic in this case.  If Plaintiffs continue to delay this matter and draw out these proceedings by failing to respond to discovery requests, this matter will be dismissed for failure to prosecute.  In fact, the Court notes that Plaintiffs' claim that the case file contains responses to Defendants' discovery requests appears questionable given that among the many reasons given by Ms. MacAlister for withdrawal were the fact that Plaintiff Tracy Barry failed to provide medical records to Ms. MacAlister and sign releases for medical records, even though repeated demands were made by both Ms. MacAlister and Defendants.

Accordingly, it is now

**ORDERED:**

Plaintiffs' are directed to inform the Court in writing what efforts they have made to obtain the case file.  The Plaintiffs shall have up to and including **April 30, 2013** to file a response in writing as to the status of Plaintiffs' attempts to obtain the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 16th day of April, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record